UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                   :
UNITED STATES OF AMERICA,        :
                                                   :        12 Cr. 963 (WHP)
                                                   :        <u>Electronically Filed</u>
       – against –                      :
                                                 :        NOTICE OF APPEARANCE AND
DORIAN FRUNGILLO,                :        AND REQUEST FOR
                                                 :        ELECTRONIC NOTIFICATION
                  Defendant.          :
                                               :
-------------------------------------------------------x

       Please take notice that Aaron Mysliwiec, Esq., hereby appears in this action on behalf of DORIAN FRUNGILLO and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

       I am an attorney in good standing in the State of New York, as well as the United States District Court for the Southern District of New York.

Dated: January 16, 2013
       New York, New York

                                            Respectfully submitted,

                                             /s/Aaron Mysliwiec
                                          Aaron Mysliwiec
                                          DRATEL & MYSLIWIEC
                                          2 Wall Street, 3rd Floor
                                          New York, New York 10005
                                          (212) 732-0707
                                          amysliwiec@dratelmys.com

                                          *Attorney for Defendant Dorian Frungillo*