D3MJFRUC                          Conference

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   UNITED STATES OF AMERICA,

4              v.                            12 Cr. 963 WHP

5   DORIAN FRUNGILLO and
    JENNIFER SALABARIETTA-AGUERO,
6
               Defendants.
7
    ------------------------------x
8

9

10                                      March 22, 2013
                                        12:07 p.m.
11

12

13  Before:

14                HON. WILLIAM H. PAULEY III,

15                                      District Judge

16

17                        APPEARANCES

18

19  PREET BHARARA,
         United States Attorney for the
20       Southern District of New York
    ELISHA KOBRE,
21       Assistant United States Attorney

22  AARON J. MYSLIWIEC,
         Attorney for defendant Frungillo
23
    DONALD duBOULAY,
24       Attorney for defendant Salabarietta-Aguero

25


                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

D3MJFRUC                         Conference

```
 1                (In open court)

 2                (Case called)

 3           THE COURT:  Good afternoon.  Please be seated.  I note

 4   the presence of Mr. Frungillo at counsel table.  Are you

 5   standing in for Mr. Dratel?

 6           MR. MYSLIWIEC:  Yes, your Honor.

 7           THE COURT:  Mr. Frungillo, do you consent to having

 8   Mr. Mysliwiec stand in for your attorney today at this

 9   proceeding?

10           DEFENDANT FRUNGILLO:  Yes, your Honor.

11           THE COURT:  Very well.  Thank you I note the presence

12   of Ms. Salabarietta-Aguero at counsel table.

13           Mr. Kobre, what is the status of this matter?

14           MR. KOBRE:  The government has produced discovery in

15   this case.  The government has also began discussing with both

16   defendants potential disposition of the case, and based on my

17   conversations with both attorneys for the defendants, I think

18   what we would like to ask for is a motion schedule, but

19   somewhat delayed to allow for some continuing discussions about

20   a potential disposition.  The defense counsel can obviously

21   correct me on that.

22           THE COURT:  All right.  Mr. Mysliwiec?

23           MR. MYSLIWIEC:  That's correct, your Honor.

24           I think our conversations are significant and entered

25   into with an intent to do some real work on these conversations
```

D3MJFRUC                          Conference

1    in the next couple of weeks, so that if it turns out that they

2    break down, then we would file the motions, but on the front of

3    this, they look promising.

4              THE COURT:  What motions would you be filing?

5              MR. MYSLIWIEC:  We probably would file some motions

6    relating to how Mr. Frungillo was arrested in this case.  He

7    was essentially taken from Panama.  We are still doing some

8    research on the kinds of issues related to the process of the

9    arrest.  There may be some other things regarding the

10   indictment that we would file.

11             We have looked through most of the discovery at this

12   point.  I don't think that a suppression motion will be on

13   normal sorts of things like statements would be part of it, but

14   there might be some other kinds of motions.

15             THE COURT:  All right.  Thank you.

16             Mr. duBoulay?

17             MR. duBOULAY:  I concur, that is exactly right, we are

18   proceeding along apace with negotiations to resolve the case.

19             THE COURT:  Are you in agreement with a delayed motion

20   schedule?

21             MR. duBOULAY:  Yes, your Honor, absolutely.

22             THE COURT:  Here's what I will do then.

23             Since the situation sounds like it is somewhat fluid,

24   I'll give you some time to try to bring your discussions to

25   fruition, but if that is not to be, then I think by April 26th

D3MJFRUC                              Conference

1    the parties should file any motions that they wish to file in

2    the case.  Is that a schedule that you can live with?

3              MR. MYSLIWIEC:  Just because of the holidays that are

4    coming up, if we can have some date in the first week of May?

5              THE COURT:  May 10.

6              MR. MYSLIWIEC:  Thank you.

7              THE COURT:  May 10 for the filing of any motions.  May

8    22 for any opposition by the government.  May 29 for any reply.

9    I'll set the matter down for a conference on June 7th, at 2:30.

10             If you reach an agreement regarding the matter in the

11   next several weeks, please notify my Deputy so that I can use

12   the time on June 7th for another proceeding.

13             What are the defendants' views concerning the

14   exclusion of time between now and June 7, 2013?

15             MR. MYSLIWIEC:  Mr. Frungillo consents to the

16   exclusion of time, your Honor.

17             MR. duBOULAY:  As does Ms. Salabarietta-Aguero.

18             THE COURT:  Since this continuance is due to ongoing

19   good-faith negotiations between the parties and the government

20   and the defendants' announced intentions to make certain

21   pretrial motions, I prospectively exclude the time from today

22   until June 7, 2013 from Speedy Trial Act calculations.

23             I find that this continuance serves to ensure the

24   effective assistance of counsel and prevents any miscarriage of

25   justice.  Additionally, I find that the ends of justice served

5

D3MJFRUC                        Conference

1    by such a continuance outweighs the best interests of the

2    public and each of these defendants in a speedy trial pursuant

3    to 18 U.S.C. Section 3161.

4          Are there any other matters that counsel wish to raise

5    this afternoon?

6          MR. KOBRE:  Not from the government.

7          MR. MYSLIWIEC:  No, your Honor.

8          MR. duBOULAY:  No, your Honor.

9          THE COURT:  Thank you for coming in.  Have a good

10   weekend.

11         (Court adjourned)

12

13

14

15

16

17

18

19

20

21

22

23

24

25