UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

United States

                     Plaintiff,

Case No. 12-cr-00963(WHP)

-against-

Dorian Frungillo    Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Aaron J. Mysliwiec**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AM6258    My State Bar Number is 4168670

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Dratel & Mysliwiec
                FIRM ADDRESS: 2 Wall Street, 3rd Floor, New York, New York, 10005
                FIRM TELEPHONE NUMBER: (212) 732 - 0707
                FIRM FAX NUMBER: (212) 571 - 3792

NEW FIRM:    FIRM NAME: Miedel & Mysliwiec, LLP
                FIRM ADDRESS: 111 Broadway, Ste 1401, New York, New York 10006
                FIRM TELEPHONE NUMBER: (212) 616 - 3046
                FIRM FAX NUMBER: (800) 507 - 8507

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 6/11/13                          /s/ Aaron Mysliwiec
                                                  ATTORNEY'S SIGNATURE