UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

    - v. -                         :     ORDER

DORIAN FRUNGILLO,                   :     12 Cr. 963 (WHP)
    a/k/a "Dorian Russo," and
JENNIFER SALABRIETTA-AGUERO         :
    a/k/a "Jennifer Russo,"
                                    :

        Defendants.
- - - - - - - - - - - - - - - - - - x

**WILLIAM H. PAULEY**, United States District Judge:

    The conference originally scheduled for July 11, 2013 has been adjourned to August 23, 2013 at 2:00 p.m. at the request of the parties. It is hereby ordered that the adjourned time from July 11 through August 23, 2013 shall be excluded from Speedy Trial Act calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. See 18 U.S.C. § 3161(h)(7)(B). The value of this exclusion outweighs the best interests of the public and each defendant in a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED:

                                      WILLIAM H. PAULEY
                                      UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
        July 22, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2013