**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 21, 2013

The Honorable William H. Pauley III
United States District Judge
United States District Court for the
　Southern District of New York
Daniel Patrick Moynihan
　United States Courthouse
500 Pearl Street, Chambers 2210
New York, New York 10007

　　　　　　　Re: *United States* v. *Dorian Frungillo and Jennifer Salabarietta-Aguerro*
　　　　　　　　　12 Cr. 963 (WHP)

Dear Judge Pauley:

　　The Government and counsel for both defendants respectfully request that the conference scheduled for this Friday, November 22, 2013, be adjourned until December 19, 2013 at 10:00 a.m. Formal plea offers have been extended to, and are presently being considered by, each of the defendants. The parties fully expect that by December 19, 2013, the parties will either have reached an agreed-upon disposition in this matter or will be in a position to inform the Court that no such disposition will be possible and schedule a trial date. I have spoken with Aaaron Mysliwiec, Esq., counsel for defendant Dorian Frungillo, and Donald Duboulay, Esq., attorney for defendant Jennifer Salabarietta, and each joins in this request an adjournment. I have been advised by the Court's deputy that the Court would be available for a conference (or pleas) in this matter on December 19, 2013 at 10:00 a.m.

　　If the Court grants the requested adjournment, the Government respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) from November 22, 2013 through December 19, 2013 to allow the parties to conclude a potential pretrial resolution of this matter. I have spoken with counsel for each of the defendants, and each consents to the requested exclusion of time.

  For these reasons, the Government respectfully requests that the conference scheduled for this Friday, November 22, 2013, be adjourned until December 19, 2013 at 10:00 a.m. and that time be excluded under the Speedy Trial Act from November 22, 2013 to December 19, 2013.

        Very truly yours,

        PREET BHARARA
        United States Attorney


    by: _____/s/_____
      Elisha J. Kobre
      Assistant United States Attorney
      (212) 637-2599