UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :
     - v. -                        :    S1 12 Cr. 963 (WHP)
                                   :
DORIAN FRUNGILLO,
   a/k/a "Dorian Russo,"            :

        Defendant.              :

- - - - - - - - - - - - - - - - - x

     The above-named defendant, who is accused of violating Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(E), 841(b)(2), 846, 960(b)(5)-(6), and 963, and Title 18, United States Code, Section 1956(h), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                _____
                                                Defendant

                                                _____
                                                Witness

                                                _____
                                                Counsel for Defendant

Date:    New York, New York
         December 19, 2013

0202

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/13